32 So.2d 227

### Leroy LAWRENCE v. STATE.

6 Div. 642.

Supreme Court of Alabama.
Oct. 16, 1947.

A. A. Carmichael, Atty. Gen, and L. E. Barton, Asst. Atty. Gen., for appellant.

C. M. Holder and Wright & Smith, all of Fayette, for the State.

GARDNER, Chief Justice.

Petition of the State, by its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Lawrence v. State, 32 So.2d 223.

Writ denied.

FOSTER, LAWSON and STAKELY, JJ., concur.